IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03101-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

DOMINGO F. VILLASENOR,

    Plaintiff,

v.

GEO GROUP, INC.
OFFICER SANCHEZ,  GEO Group, Inc. Employee, and
U.S. MARSHALLS,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff, Domingo F. Villasenor, is detained by U.S. Immigration and Customs Enforcement at the Detention Center in Aurora, Colorado.  Plaintiff, acting *pro se*, initiated this action by filing a Prisoner Complaint pursuant to 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __ is not submitted

2)      ___      is not on a proper Court-approved form (must use the Court's current form)
(3)     ___      is missing affidavit
(4)     ___      is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(5)     ___      is missing certificate showing current balance in prison account
(6)     _X_      is missing authorization to calculate and disburse filing fee payments
(7)     ___      is missing an original signature by the prisoner
(8)     ___      other:

**Complaint, Petition or Application**:
(9)     ___      is not submitted
(10)    ___      is not on proper form (must use the Court's current form)
(11)    ___      is missing an original signature by the prisoner
(12)    ___      is missing page nos. ___
(13)    ___      uses et al. instead of listing all parties in caption
(14)    ___      names in caption do not match names in text
(15)    ___      other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days** from the date of this Order. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that the Plaintiff shall obtain and file the necessary Authorization for the calculation and disbursement of funds from his inmate trust fund account to pay the filing fee, which is attached to the court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice. It is

DATED:  November 19, 2014, at Denver, Colorado.

                BY THE COURT:

                s/ Gordon P. Gallagher
                United States Magistrate Judge